United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40034
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PABLO ABEL VILLARREAL-MEDINA,
also known as Paulo Abel Villarreal-Medina,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-1179-1
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Pablo Abel Villarreal-Medina entered a guilty plea to one count of transporting an undocumented alien within the United States by means of a motor vehicle. The district court sentenced him to thirty months of imprisonment and three years of supervised release.

Villarreal-Medina asserts that the written judgment of conviction must be reformed to delete a condition of supervised

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

release that prohibits his possession of a dangerous weapon.  He asserts that this condition is a special condition of supervised release that conflicts with the district court's oral pronouncement of his sentence.

Villarreal-Medina's argument is foreclosed by our decision in <u>United States v. Torres-Aguilar</u>, 352 F.3d 934, 938 (5th Cir. 2003).  Accordingly, the judgment of the district court is AFFIRMED.